**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-2074**

_____

DILLON MVURI,

                Plaintiff - Appellant,

      v.

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS; AMERICAN AIRLINES, INC.,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:18-cv-00875-TSE-MSN)

_____

Submitted:  March 10, 2020                      Decided:  March 12, 2020

_____

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dillon Mvuri, Appellant Pro Se.  Jeffrey Andrew Bartos, GUERRIERI BARTOS &
ROMA PC, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dillon Mvuri appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mvuri v. Int'l Ass'n of Machinists & Aerospace Workers*, No. 1:18-cv-00875-TSE-MSN (E.D. Va. Sept. 11, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*